## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Jane Nelson, Bruce Nelson, and U.S. Bank National Association, | ) ) ) |
| Plaintiffs, | ) **ORDER** ) ) |
| vs. | ) ) |
| First National Bank and Trust Company of Williston, | ) ) ) |
| Defendant. | ) Case No. 4:06-cv-099 ) |

On June 26, 2007, the parties filed a Stipulation for Extension of Time to Respond to Defendant's Motion for Summary Judgment and Extension of Discovery Deadline. The court **ADOPTS** the parties stipulation (Docket No. ) and **ORDERS:**

1. Plaintiffs' have until July 31, 2007, to file a response to the Defendant's Motion for Summary Judgment;

2. The deadline for the close of factual discovery previously set by paragraph 3 of this court's February 16, 2007 ("Scheduling Order"), is extended until September 28, 2007; and

3. The deadlines for disclosure of information concerning expert witnesses as provided in paragraph 4 of the court's Scheduling Order are extended as follows:

    Plaintiffs shall provide information concerning expert witnesses as required by Rule 26(a)(2) by October 15, 2007.

    Defendant shall provide information concerning expert witnesses as required by Rule 26(a)(2) by November 14, 2007.

        Plaintiffs may identify additional expert witnesses and/or otherwise supplement their information required by Rule 26(a)(2) in rebuttal to Defendant's expert witness disclosures by December 1, 2007.

Dated this 26th day of June, 2007.

                                      /s/ Charles S. Miller, Jr.
                                      Charles S. Miller, Jr.
                                      United States Magistrate Judge